**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JUSTIN M. ROSSI,**

***Petitioner*,**

**v.** **Case No.: 4:26cv271-MW/ZCB**

**STATE OF FLORIDA, et al.,**

***Respondents*.**
_______________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 31. Petitioner has filed two "notices of filing," with several state and federal court documents attached. *See* ECF Nos. 39 and 40. Although one of the attachments includes "objections" to a report and recommendation, the case number is tied to district court case in California, not this case. In any event, even liberally construing this filing as an objection to the report and recommendation before this Court, Petitioner has identified no basis for this Court to reject the Magistrate Judge's recommendation that this case be dismissed based on *Younger* abstention. Accordingly, having reviewed *de novo* Petitioner's objections, ECF Nos. 39 and 40,

**IT IS ORDERED:**

The report and recommendation, ECF No. 31, is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended habeas petition under 28 U.S.C. § 2241, ECF No. 6, is **DISMISSED without prejudice** based on *Younger* abstention." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on August 25, 2026.**

**s/Mark E. Walker**
**United States District Judge**